NUMBER 13-05-161-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE SANTA ROBLES MORALES

___________________________________________________________________ 

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Santa Robles Morales, filed a petition for writ of mandamus and a
motion for temporary relief on March 9, 2005. On March 10, 2005, this Court
granted relator’s motion for temporary relief and ordered the trial of this matter stayed
pending determination of the petition for writ of mandamus. The Court requested that
the real party in interest, Jesus Morales, by and through counsel, file a response to
relator’s petition for writ of mandamus on or before March 21, 2005. The real party
in interest requested an extension of time to file his response, which we grant, and the
response was accordingly filed on March 24, 2005. Relator filed a reply thereto on
April 4, 2005.
         The Court, having examined and fully considered the petition for writ of
mandamus and all associated briefing, is of the opinion that relator has not shown
herself entitled to the relief sought and the petition for writ of mandamus should be
denied. See Tex. R. App. P. 52.8. Accordingly, the stay is hereby ordered LIFTED. 
The petition for writ of mandamus is DENIED.

                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 13th day of April, 2005.